IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

[signature: Aleta A. Trauger]

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cr-00101 |
| v. ) | |
| ) | The Honorable Aleta Trauger |
| AMIR BABAK BANYAN, ) | U.S. District Court Judge |
| a/k/a Bobby Banyan ) | |
| ) | |
| Defendant. ) | |

MOTION TO WAIVE PERSONAL APPEARANCE
AT HEARING ON MOTION TO CONTINUE TRIAL

Comes now the Defendant, Amir Babak Banyan, a/k/a Bobby Banyan, by and through counsel, and respectfully moves this Court to waive his personal appearance at the hearing on the motion to continue trial presently scheduled in this matter for January 29, 2015, at 4 pm. As a basis for this motion, the Defendant states as follows:

1. On January 20, 2015, counsel for co-defendant Bryan Puckett filed a motion to continue the trial date in this case due to the substitution of counsel and the need for new counsel to become acquainted with the voluminous discovery in this matter. Defendant Banyan does not oppose this request, but the government has expressed its opposition.

2. On January 21, 2015, this Court set Mr. Puckett's motion for a hearing.

3. At the present time, Mr. Banyan is working on a job that requires him to be in Southern California, and he needs this employment to assist in the payment of legal fees. If Mr. Banyan were required to fly to Tennessee for the hearing, the costs of this travel and the lost wages from his employment would create a financial hardship. Counsel for Mr. Banyan are located in Nashville and will be present at the hearing.

1