# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

AMIR BABAK BANYAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:14-00101-2

In accordance with the Opinion, Judgment and Mandate of the Sixth Circuit Court of Appeals (Docket Nos. 265, 267). IT IS HEREBY ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

ALETA A. TRUAGER, U.S. DISTRICT JUDGE
Name and Title of Judge

August 29, 2019
Date